**LAW OFFICE OF MARTIN STANLEY**
Martin Louis Stanley, Esq. [State Bar No. 102413]
Jeffrey Robbin Lamb, Esq. [State Bar No. 257648]
137 Bay Street #2
Santa Monica, CA 90405
Telephone: (310) 399-2555
Facsimile: (310) 399-1190
Email: mstanleyesq@gmail.com

Attorney for Defendant PAUL J. THEIN and LAUREL WARTLUFT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEESON TERHORST LLP. <br><br> Plaintiffs, <br><br> vs. <br><br> PAUL THEIN <br><br> Defendant. | Case No.: CV 09-02718 JL <br><br> [PROPOSED] ORDER RE: ADMINISTRATIVE MOTION TO DEEM **CASES RELATED** |
| BEESON TERHORST LLP. <br><br> Plaintiffs, <br><br> Vs. <br><br> LAUREL WARTLUFT <br><br> Defendant. | CASE NO: CV 09-02721 PJH |

GOOD CAUSE APPEARING, it is hereby ORDERED that the two above referenced cases shall be deemed related.

_____
HONORABLE JUDGE OF
THE UNITED STATES
DISTRICT COURT FOR THE
NORTHERN DISTRICT OF
CALIFORNIA

-6-

**ADMINISTRATIVE MOTION TO DEEM CASES RELATED**